## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>David W. Lawrence<br><br>Debtor(s) | Case No.:14–34419–jal<br><br>Chapter: 13<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to continue the hearing scheduled on May 27, 2015 on the Motions for Relief from Stay and Co–Debtor Stay regarding 2522 Paddock Lane, Louisville, KY 40216. Filed by Creditor Green Tree Servicing, LLC 23 24 , so ORDERED by /s/ Judge Lloyd. THE STAY SHALL REMAIN IN FULL FORCE AND EFFECT PENDING THE SCHEDULED HEARING. Hearing scheduled for 6/24/2015 at 11:00 AM (Eastern Time) at Courtroom #1, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202. cc: Parties of Record (Rupe, B)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 5/27/15

| | |
|---|---|
| By: bc<br>Deputy Clerk | FOR THE COURT<br>Diane S. Robl<br>Clerk, U.S. Bankruptcy Court |